UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JACINTO SALINAS, | No. C 10-2084 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KELLY HARRINGTON, Acting Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 4, 2011

SUSAN ILLSTON
United States District Judge